IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30278
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

CLAYTON JAMES PHILLIPS,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CR-60033-01
- - - - - - - - - -
November 19, 1996
Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

     Clayton James Phillips appeals his convictions for robbing

two post offices, using and carrying a firearm, and being a felon

in possession of a firearm.  He argues that the district court

erred when it granted the Government's motion to admit extrinsic

evidence of a subsequent post office robbery under Fed. R. Evid.

404(b) and when it denied his motion to suppress an

identification of him during a live lineup.  We have reviewed the

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

record and the briefs of the parties and hold that the district court did not abuse its discretion when it granted the Government's motion to use extrinsic evidence and denied Phillips's motion to suppress evidence for the reasons set forth by the district court in support of its ruling at the suppression hearing.  <u>United States v. Phillips</u>, No. 95-CR-60033-01 (W.D. La. Oct. 13, 1995).

AFFIRMED.